**SPERTUS, LANDES & JOSEPHS, LLP**
Kevin J. Minnick (SBN 269620)
kminnick@spertuslaw.com
617 West 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521

Attorneys for Defendant
Robert Thede

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LINDSEY CANNON, an individual, on behalf of herself, the public in California, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT THEDE, an individual; ALL ROADS TRAVEL LLC, a limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT ROBERT THEDE'S NOTICE OF REMOVAL**<br><br>(Removal from the Superior Court of California, Contra Costa County, Case No. C24-02402)<br><br>**CLASS ACTION** |

**NOTICE OF REMOVAL**

In accordance with 28 U.S.C. §§ 1332(d), 1441, and 1446, with full reservation of defenses, Defendant Robert Thede ("Thede") gives notice of the removal of this action originally filed in the Superior Court of the State of California, Contra Costa County, to the United States District Court for the Northern District of California, Oakland Division. In support of this notice of removal, Thede provides the required "short and plain statement of the grounds for removal." 28 U.S.C. § 1446(a); *see also Dart Cherokee Basin Operating Co. v. Owens*, 135 S. Ct. 547, 553 (2014) ("By design, § 1446(a) tracks the general pleading requirement stated in Rule 8(a) of the Federal Rules of Civil Procedure.").

## I. NATURE OF REMOVED ACTION

1. On September 6, 2024, Plaintiff Lindsey Cannon ("Cannon") filed a Complaint in the Superior Court of the State of California, Contra Costa County. Plaintiff brings claims under California law for alleged violations of California's Business and Professions Code §§ 17200 and 17550, and for breach of contract.

2. Robert Thede and All Roads Travel LLC are the named Defendants. The Complaint also asserts the existence of 10 unnamed "Doe" defendants.

3. Cannon is a citizen and resident of California. (Compl. ¶ 4.)

4. Thede is a citizen and resident of Nevada. (Compl. ¶ 5.)

5. All Roads Travel LLC ("All Roads Travel") is a limited liability company organized under the laws of Delaware. Its members are entities formed under the laws of Nevada and California.

6. The Complaint seeks $45,000,000 in damages. (Compl. at 14, ¶¶ 5, 6.)

## II. JURISDICTION

7. The Court has jurisdiction under the Class Action Fairness Act.

8. Plaintiff brings a class action complaint pursuant to California law, alleging two classes—one California class and one nationwide class.

9. The putative California class is defined as:

All individuals, including Plaintiff, who while in California, purchased air or sea

Spertus, Landes & Josephs, LLP
617 West 7th Street, Suite 200
Los Angeles, CA 90017
Telephone (213) 205-6520; Facsimile (213) 205-6521

transportation or other travel services that Defendants, due to a unity of interest and ownership with JusCollege or otherwise, sold, provided, furnished, contracted for, arranged, and/or advertised, but to whom said air or sea transportation or other travel services were not actually provided and to whom all moneys paid for such unprovided air or sea transportation or other travel services was not returned. (Compl. ¶ 15.)

10. The putative nationwide class is defined as:

All individuals, including Plaintiff, who while in the United States, purchased air or sea transportation or other travel services that Defendants, due to a unity of interest and ownership with JusCollege or otherwise, sold, provided, furnished, contracted for, arranged, and/or advertised, but to whom said air or sea transportation or other travel services were not actually provided and to whom all moneys paid for such unprovided air or sea transportation or other travel services was not returned. (Compl. ¶ 20.)

11. Plaintiff is a citizen and resident of California. (Compl. ¶ 4.)

12. Defendant Thede is a citizen and resident of Nevada. (Compl. ¶ 5.)

13. Defendant All Roads Travel is a citizen of California and Nevada. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

14. The parties are therefore minimally diverse under 28 U.S.C. § 1332(d)(2)(A) as Plaintiff is from a "State different" from Defendant Thede.

15. The amount in controversy exceeds the jurisdictional prerequisite of $5,000,000.01,[1] because the sum demanded in the Complaint is $45,000,000. (Compl. at 14, ¶¶ 5, 6.)

16. There are more than 100 putative class members. *See* 28 U.S.C. § 1332(d)(5)(B). (Compl. ¶ 21 (alleging that the putative nationwide class contains "at least hundreds of

---

[1] "The amount in controversy is simply an estimate of the total amount in dispute, not a prospective assessment of defendant's liability. . . . To establish the jurisdictional amount, [the defendant] need not concede liability for the entire amount[.]" *Lewis v. Verizon Commc'ns, Inc.*, 627 F.3d 395, 400 (9th Cir. 2010).

individuals").)

17. Because the Complaint alleges a putative nationwide class, Plaintiff will be unable to show that "greater than two-thirds of the members of all proposed plaintiff classes in the aggregate are citizens of the State in which the action was originally filed." 28 U.S.C. § 1332(d)(4).

18. Accordingly, the complaint alleges a "class action" with more than 100 members under state law; the parties are at least minimally diverse; the amount in controversy exceeds the $5,000,000 jurisdictional threshold; and there is no statutory barrier to this Court's jurisdiction. The U.S. District Court for the Northern District of California therefore has removal jurisdiction over this matter pursuant to 28 U.S.C. § 1332(d)(2).

### III.    COMPLIANCE WITH PROCEDURAL REQUIREMENTS

15. Thede has satisfied all the procedural requirements for removal under 28 U.S.C. § 1446, and this Court's Local Rules.

16. Thede is filing this Notice of Removal in the United States District Court for the Northern District of California because the state court in which the action is pending, the Contra Costa Superior Court, is within this federal judicial district. This Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

17. Thede was served by waiver and acknowledgement on June 11, 2025. *See* Exhibit A (final page of exhibit). Thede is removing the case within 30 days of that date; therefore, this removal is timely under 28 U.S.C. § 1446(b). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 356 (1999).

18. Defendant All Roads Travel's consent to removal is not required under CAFA, *Home Depot U. S. A., Inc. v. Jackson,* 587 U.S. 435, 445 (2019) ("Section 1453(b) then states that [a] class action . . . may be removed by any defendant without the consent of all defendants.").

19. After filing this Notice, in accordance with 28 U.S.C. § 1446(d), Thede will serve a copy of this Notice upon the Plaintiff and will file a copy of the Notice with the Clerk of the Contra Costa Superior Court.

20. Nothing in this Notice of Removal should be interpreted as a waiver or

relinquishment of any right to assert any and all defenses or objections to the Complaint, including lack of personal jurisdiction. If there are any questions that arise as to the propriety of removal of this action, Thede respectfully requests the opportunity to submit briefing, argument, and additional evidence as necessary to support removal, without waiver of its objection to personal jurisdiction.

21. Attached hereto as **Exhibit A** is a true and correct "copy of all process, pleadings, and orders served . . . in such action." 28 U.S.C. § 1446(a).

## IV. DIVISIONAL ASSIGNMENT

22. Under N.D. Cal. L.R. 3-2(d), this removed matter can be assigned to the Oakland Division because it is removed from Contra Costa County. Defendant Thede respectfully requests that the Court assign this removed matter to the Oakland Division.

## V. CONCLUSION

Wherefore, Thede removes this action to this Court for further proceedings according to law.

Dated: June 16, 2025                                    SPERTUS, LANDES & JOSEPHS, LLP

By: /s/ *Kevin J. Minnick*
Kevin J. Minnick

Attorney for Defendant
Robert Thede

4

DEFENDANT'S NOTICE OF REMOVAL